IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue, #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM J. POWERS, | CIVIL No.: C-03-04877 SI |
| Plaintiff, | E-Filing CASE |
| vs. | MOTION FOR ADMINISTRATIVE RELIEF FOR ACCESS TO PACER |
| JO ANNE B. BARNHART, Commissioner of Social Security, | Local Rule 7-11 |
| Defendant. | |

Plaintiff William J. Powers files this motion to request that the Court allow access to PACER filings in Plaintiff's prior case to Ian M. Sammis, Plaintiff's current attorney of record. Attorney Sammis has already appeared in the subsequent case of **Powers v. Barnhart**, No. C-06-05423 MJJ (N.D.Cal.) through Plaintiff's complaint.

The parties stipulate and respectfully request that assignment to District Judge Illston, who presided over the **Powers v. Barnhart**, No. C-03-04877 SI (N.D.Cal. previously filed action, will conserve judicial resources and promote an efficient determination of the issue of whether Defendant has abided by the "law of the case" and "rule of mandate" as established in Judge Illston's order of April 29, 2004 and the ensuing Appeals Council's remand order, but have yet been granted access to PACER filings in the prior case.

Plaintiff has issued an administrative motion to relate this case with his current case, **Powers v. Barnhart**, No. C-06-05423 MJJ (N.D.Cal.). Plaintiff's counsel has contacted Defendant's counsel who stated that he will not oppose this motion.

Dated: February 6, 2007

Signed /Ian M. Sammis/

_____
IAN M. SAMMIS
Attorney for William J. Powers



Stipulation and Proposed Order    page 1 of 1 pages    Case No. 03-04877 SI